# ELECTRONIC RECORD

COA #   10-14-00031-CR                         OFFENSE:  Speeding

STYLE:   Robert Scott Shearer v. The State of Texas          COUNTY:  Brazos

TRIAL COURT:        County Court at Law No 2              Appellant's         MOTION
TRIAL COURT #:      5054-A                     FOR REHEARING IS:   DENIED
TRIAL COURT JUDGE:  Hon. James W. Locke        DATE:       February 19, 2015
DISPOSITION:    Dismissed                      JUDGE:

DATE:        January 15, 2015

JUSTICE:    Scoggins           PC          S   YES
PUBLISH:                       DNP:    YES

CLK RECORD:     8/4/2014                   SUPP CLK RECORD:
RPT RECORD:                                SUPP RPT RECORD:
STATE BR:                                  SUPP BR:
APP BR:                                    PRO SE BR:


# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                          CCA #   312-15

------------------

_____PRO SE_____ Petition                  Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____                          JUDGE: _____
DATE:   08/26/2015                         SIGNED: _____   PC: _____
JUDGE:  Per Curiam                         PUBLISH: _____   DNP: _____

------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____             _____ ON _____

JUDGE: _____           JUDGE: _____